# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TAMMI L. LAFAVE,**

              Petitioner,

     -vs-                                  **Case No. 13-C-54**

**DEANNE SCHAUB,**
**Taycheedah Correctional Institution,**

              Respondent.

## DECISION AND ORDER

On January 22, 2013, the Court issued an order directing the respondent to file an answer, motion, or other response to this habeas petition within thirty days. However, the Clerk of Court did not serve the Respondent or the Wisconsin Attorney General with a copy of the petition or the order because the petitioner is not proceeding *pro se*, and the Court did not expressly instruct the Clerk to serve the respondent or the Attorney General. Rule 4, Rules Governing Section 2254 Cases ("In every case, the clerk must serve a copy of the petition and any order on the respondent and on the attorney general or other appropriate officer of the state involved").

Therefore, the Clerk is directed to effect service of the petition and this Order on the respondent and Assistant Attorney General Gregory Weber. The respondent shall file an answer, motion, or other responsive pleading on or before **April 5, 2013**.

Dated at Milwaukee, Wisconsin this 28th day of February, 2013.

        **BY THE COURT:**

        _____
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**